UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLEIN, | 1:13-cv-00600-GSA-PC |
| Plaintiff, | ORDER FOR DEFENDANT CONANAN TO RESPOND TO PLAINTIFF'S MOTION FOR ACCESS TO MEDICAL RECORDS, WITHIN THIRTY DAYS |
| vs. | |
| CONANAN, | |
| Defendant. | (Doc. 19.) |

      Michael Klein ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 25, 2013. (Doc. 1.) This case now proceeds on the initial Complaint against defendant Dr. Conanan ("Defendant") for inadequate medical care in violation of the Eighth Amendment. (Id.) Plaintiff is presently incarcerated at Avenal State Prison in Avenal, California.

      On March 13, 2014, Defendant filed a motion to dismiss this case as barred by the statute of limitations. (Doc. 13.) On April 25, 2014, the court issued an order requiring Plaintiff to file a response to Defendant's motion to dismiss within thirty days. (Doc. 18.) On May 19, 2014, Plaintiff filed a motion for a court order for Plaintiff to be provided access to his medical files at Avenal State Prison, to enable Plaintiff to respond to the motion to dismiss. (Doc. 19.) Plaintiff claims that his appointment to review his medical records was cancelled by

prison officials based on a letter to the Case Records Manager at Avenal State Prison from Defendant's counsel, Deputy Attorney General Kelly A. Samson, which directed that "[n]othing should be removed, destroyed, or purged from [Michael Klein's' prison records, including the central file and medical records] without conferring with me." (Exhibit to Motion, Doc. 19 at 2-3.)

Defendant shall be required to file a response to Plaintiff's motion of May 19, 2014.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, Defendant Conanan shall file a response to Plaintiff's motion for access to his medical records, filed on May 19, 2014.

IT IS SO ORDERED.

Dated:   **May 21, 2014**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE