UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLEIN,<br><br>            Plaintiff,<br><br>   vs.<br><br>DR. CONANAN,<br><br>            Defendant. | 1:13-cv-00600-GSA-PC<br><br>ORDER GRANTING DEFENDANT CONANAN'S REQUEST FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE<br><br>(Doc. 31.) |

   Michael Klein ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on the initial Complaint, filed by Plaintiff on April 25, 2013, against defendant Dr. Conanan ("Defendant") for inadequate medical care in violation of the Eighth Amendment.  (Doc. 1.)

   The parties to this action have consented to the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c), to conduct all further proceedings in this case.  (Docs. 5, 15.)

   This case is currently in the discovery phase, pursuant to the court's scheduling order issued on October 8, 2014.  (Doc. 28.)  On November 10, 2014, Defendant filed a request for leave to depose Plaintiff by videoconference.  Fed. R. Civ. P. 30(b)(4).  (Doc. 31.)

   Good cause having been shown, Defendant's request is HEREBY GRANTED.

IT IS SO ORDERED.

   Dated:   **November 12, 2014**           **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE