UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLEIN,<br><br>             Plaintiff,<br><br>     vs.<br><br>DR. CONANAN,<br><br>             Defendant. | 1:13-cv-00600-EPG-PC<br><br>ORDER FOR DEFENDANT CONANAN TO COMPLETE AND RETURN CONSENT/DECLINE FORM WITHIN TWELVE DAYS |

Michael Klein ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on the original Complaint filed by Plaintiff on April 25, 2013, against defendant Dr. Conanan ("Defendant") for failure to provide adequate medical care in violation of the Eighth Amendment. (ECF No. 1.)

On March 24, 2014, Defendant filed a form consenting to Magistrate Judge jurisdiction in this case under 28 U.S.C. § 636(c).[1] (ECF No. 15.) Defendant indicated on the form that his consent was only to Magistrate Judge Gary S. Austin and should not be construed as consent to any other magistrate judge to whom the case may be reassigned. (Id. at 2.) Defendant reserved the right to consent, or decline to consent, to any subsequently assigned magistrate judge. (Id.)

---

[1] Plaintiff consented to the jurisdiction of a Magistrate Judge on May 9, 2013. (ECF No. 5.)

1

On October 13, 2015, due to the retirement of Magistrate Judge Gary S. Austin, this case was reassigned to Magistrate Judge Erica P. Grosjean. (ECF No. 58.) Thus, at this time the Court shall send Defendant another consent/decline form to determine whether Defendant is willing to consent to the jurisdiction of Magistrate Judge Erica P. Grosjean, to conduct all further proceedings in this case.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Defendant a consent/decline form; and

2. Within twelve (12) days of the date of service of this order, Defendant shall complete and return the consent/decline form to the Court, indicating whether he is willing to consent to the jurisdiction of Magistrate Judge Erica P. Grosjean, to conduct all further proceedings in this case.

IT IS SO ORDERED.

Dated: **February 16, 2016**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE